## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## ALEXANDRIA DIVISION

**UNITED STATES OF AMERICA**          **CASE NO. 1:18-CR-00326-01**

**VERSUS**          **JUDGE DRELL**

**DUSTIN O THOMPSON (01)**          **MAGISTRATE JUDGE PEREZ-MONTES**

### MINUTES OF COURT:
**Motion Hearing**

| Date: | September 15, 2020 | Presiding: | Magistrate Judge Joseph H. L. Perez-Montes |
|---|---|---|---|
| Court Opened: | 10:00 a.m. | Courtroom Deputy: | Yvonna Tice |
| Court Adjourned: | 1:00 p.m. | Court Reporter: | Zoom Recording |
| **Statistical Time:** | **3:00** | Courtroom: | Video Teleconference |

### APPEARANCES

| | | |
|---|---|---|
| Seth D Reeg (AUSA), by video | For | United States of America |
| Wayne J Blanchard (AFPD), by video | For | Dustin O Thompson (01), Defendant (LOCATION CUSTODY) |
| Dustin O Thompson (01), by video | | Defendant (LOCATION CUSTODY) |

### PROCEEDINGS

Motion Hearing (rec. doc. 49, Motion to Suppress)  )

**FILINGS:**
Witness List
Exhibit List

**RULINGS/COMMENTS:**
All appearances were by video, via ZOOM, by consent and/or waiver of all parties. This court hearing was held by video according to the COVID-19, signed by Chief Judge Hicks. This order was signed in accordance with the federal law passed under the Cares Act of 2020.

After hearing all the evidence offered, the Court takes the matter under advisement. A written decision to follow.