UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 1:18-CR-00326-01 |
| VERSUS | JUDGE DRELL |
| DUSTIN O. THOMPSON | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, and after independent (*de novo*) review of the record including the objections filed herein, and having determined that the findings and recommendation are correct under the applicable law;

IT IS ORDERED that Defendant's Motion to Suppress (ECF No. 49) is DENIED IN PART AS MOOT as to the March 12, 2018 inculpatory statements and DENIED as to the suppression of firearms and controlled substances seized from the search of 511 Renee Drive.

THUS, ORDERED AND SIGNED in Chambers at Alexandria, Louisiana, on this 10th day of March 2021.

DEE D. DRELL, JUDGE
UNITED STATES DISTRICT COURT